CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Alberto Contreras-Roman<br>YOB: 1976; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-00532MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about September 12, 2020, at or near Sasabe, in the District of Arizona, **Alberto Contreras-Roman**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on September 12, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Alberto Contreras-Roman** is a citizen of Mexico. On September 12, 2020, **Alberto Contreras-Roman** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On September 12, 2020, agents found **Alberto Contreras-Roman** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Alberto Contreras-Roman** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |

Sworn by telephone _x_

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 14, 2020 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54